UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Augsburg College,<br>Plaintiffs,<br>v.<br>Brainworks Design Group, Inc.<br>Defendants. | Civil No. 00-1213ADM/AJB<br><br>Judge Montgomery/<br>Magistrate Judge Boylan<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** |

The parties, through their counsel, do hereby stipulate and agree that Defendant Brainworks Design Group, Inc. shall, without waiving any rights, have up to and including June 30, 2000, in which to submit an Answer or otherwise respond to plaintiff's Complaint.

**DATED** this 7th day of June, 2000.

**FAEGRE & BENSON LLP**

By [signature]
**James L. Volling (113128)**
**Jason K. Walbourn (297604)**
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
612/336-3000
**Attorneys for Plaintiff Augsburg College**

**DATED** this 6th day of June, 2000.

**ZELLE, HOFMANN, VOELBEL & GETTE LLP**

By [signature]
**John C. Goodnow (158732)**
33 South Sixth Street
City Center - Suite 4400
Minneapolis, Minnesota 55402
612/339-2020
**Attorneys for Defendant Brainworks Design Group, Inc.**

FILED JUN 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS SO ORDERED.

Dated: 6/7/00

Magistrate Judge Boylan

222134.1